**Warren G. McCALLUM, Appellant,**

v.

**Ethel V. McCALLUM, Appellee.**

No. 3296.

District of Columbia Court of Appeals.

Argued Sept. 16, 1963.

Decided Oct. 7, 1963.

James B. Gilbert, Washington, D. C., for appellant.

Carlisle E. Pratt, Washington, D. C., for appellee.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

This is an appeal by a husband from an order denying him a divorce and granting to the wife custody of their minor child. We find no error.

Affirmed.